IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CODY ALLEN PRESKITT                                                                                        PLAINTIFF

v.                                        Case No. 4:24-cv-04069

JAIL ADMINISTRATOR
GINA BUTLER                                                                                                DEFENDANT

**ORDER**

    Before the Court is a Report and Recommendation filed November 13, 2024, by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 16). Judge Comstock recommends that Defendant's Motion to Dismiss (ECF No. 13) be granted and Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice.

    Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 16) *in toto*. Accordingly, Defendant's Motion to Dismiss (ECF No. 13) is **GRANTED** and Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 10th day of January, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge